[Dkt. No. 27]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| D'WAN EVANS,<br><br>        Plaintiff,<br><br>  v.<br><br>MCCOLLISTER'S TRANSPORTATION GROUP, INC.,<br><br>        Defendant. | Civ. No. 18-9553 (RMB/AMD)<br><br>ORDER |

**THIS MATTER** comes before the Court upon a Joint Motion for Settlement Approval [Dkt. No. 27], filed by Plaintiff D'wan Evans and Defendant McCollister's Transportation Group, Inc. This Court, having reviewed the annexed settlement agreement [Dkt. No. 27-1], finds that the compromise between the parties "is a fair and reasonable resolution of a bona fide dispute over FLSA provisions." See Brumley v. Camin Cargo Control, Inc., No. 2012 WL 1019337, at *2 (D.N.J. Mar. 26, 2012)(citing Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354).

**ACCORDINGLY, IT IS** on this **20th** day of **March 2020**, hereby

**ORDERED** that the parties' Joint Motion for Settlement Approval [Dkt. No. 27] is **GRANTED**; and it is further

**ORDERED** that the Clerk of the Court shall **CLOSE** this case.

                                        s/Renée Marie Bumb
                                        RENÉE MARIE BUMB
                                        UNITED STATES DISTRICT JUDGE